UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    Beth A. Schwartz,
         Debtor

Rushmore Loan Management
Services, LLC as Servicer for U.S.
Bank National Association as
Trustee for LB-Cabana Series IV
Trust,
Movant
v.

Beth A. Schwartz
James E Schwartz- Co-Debtor
Jack N. Zaharopoulos – Trustee,
         Respondents

Case No.: 1:21-bk-00258-HWV

Chapter: 13

Judge: Henry W. Van Eck

Hearing Date: March 1, 2022 at 9:30 am

Objection Deadline: February 16, 2022

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Motion of Rushmore Loan Management Services, LLC as

Servicer for U.S. Bank National Association as Trustee for LB-Cabana Series IV Trust (on behalf

of itself and together with any successor and/or assigns, "Movant") and response, if any, there to,

and for good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a) and

11 U.S.C. §1301, is hereby vacated for cause pursuant to 11 U.S.C. §§ 362(d)(1)-(2) to permit

Movant to exercise all rights available to it under applicable law with respect to the real property

at 149 Meadow Hill Drive, York, PA 17402 ("Property") ; and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to James E Schwartz pursuant

to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors

and/or assigns to commence and /or continue with a foreclose action and eviction proceeding

with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 23, 2022