# Notice Recipients

District/Off: 0314−1  User: AutoDocketer  Date Created: 2/23/2022
Case: 1:21−bk−00258−HWV  Form ID: pdf010  Total: 3

**Recipients of Notice of Electronic Filing:**
aty  Lauren Marie Moyer  lmoyer@friedmanvartolo.com
aty  Paul Donald Murphy−Ahles  pmurphy@dplglaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Beth A. Schwartz  149 Meadow Hill Drive  York, PA 17402

TOTAL: 1